# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OREGON BREWING COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LE VECKE CORPORATION, a California corporation,<br><br>Defendant. | Case No. 5:16-cv-01306-TJH-JPR<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [JS-6]** |

On February 22, 2017, the parties jointly submitted a Stipulation to Dismiss Entire Action With Prejudice to the Court.

Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective attorney fees and costs.

IT IS SO ORDERED.

Dated: February 24, 2017

*[signature: Terry J. Hatter, Jr.]*

———————————————————
THE HONORABLE TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE - 1**

HiefieldFoster&Glascock LLP
Attorneys At Law
6915 SW Macadam Avenue, Suite 300
Portland, OR  97219